■ In the Matter of PETER ORTEGA, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [625 NYS2d 985] —Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.— Article 78.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK LAHEY, Appellant. [625 NYS2d 986] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Attempted Murder, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.